IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Loving, Tyrein Van | Case Number: 06 B 06879 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/23/08 | Filed: 6/13/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed - No Disch:  June 20, 2008
Confirmed:   August 3, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 7,872.11 | |
| Secured: | | 0.00 |
| Unsecured: | | 5,054.78 |
| Priority: | | 0.00 |
| Administrative: | | 2,300.00 |
| Trustee Fee: | | 409.01 |
| Other Funds: | | 108.32 |
| Totals: | 7,872.11 | 7,872.11 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,300.00 | 2,300.00 |
| 2. | Asset Acceptance | Unsecured | 60.12 | 316.44 |
| 3. | RoundUp Funding LLC | Unsecured | 31.71 | 166.88 |
| 4. | Asset Acceptance | Unsecured | 25.22 | 132.73 |
| 5. | Commonwealth Edison | Unsecured | 52.96 | 278.73 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 790.40 | 4,160.00 |
| 7. | Latoya Collins | Priority | | No Claim Filed |
| 8. | Medical Collections | Unsecured | | No Claim Filed |
| 9. | Bank One | Unsecured | | No Claim Filed |
| 10. | Credit Protection Association | Unsecured | | No Claim Filed |
| 11. | Credit Management Service | Unsecured | | No Claim Filed |
| 12. | Lfl Ltd | Unsecured | | No Claim Filed |
| 13. | Neighborhood Auto | Unsecured | | No Claim Filed |
| 14. | Neighborhood Auto | Unsecured | | No Claim Filed |
| 15. | Ada S McKinley Center | Unsecured | | No Claim Filed |
| 16. | Neighborhood Auto | Unsecured | | No Claim Filed |
| 17. | Neighborhood Auto | Unsecured | | No Claim Filed |
| 18. | Larry J Meyer Esq | Unsecured | | No Claim Filed |
| | | | $ 3,260.41 | $ 7,354.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 48.46 |
| 4.8% | 98.75 |
| 5.4% | 226.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Loving, Tyrein Van | Case Number: 06 B 06879 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/23/08 | Filed: 6/13/06 |

```
                    6.5%              35.64
                                    _____
                                    $ 409.01
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

